IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. G.,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security,<br><br>  Defendant. | NO. CV 23-8544-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered reversing and remanding the decision of Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

DATED: December 6, 2024

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1