JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. G., | NO. CV 23-8544-JGB (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff, the decision of the Commissioner is reversed, and this action is remanded to the Commissioner for further proceedings consistent with the Order Accepting Findings and Recommendation of United States Magistrate Judge.

DATED: December 6, 2024

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1